THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT WHEELER, Appellant.— Appeal

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.